### BRACKETT &c v. CLARKE

Peter Brackett & Thomas Brattle Guardians to John Hands Exccecutor to his father Marke Hands plaintiff against Cap$^t$ Thomas Clarke Defend$^t$ in an Action of reveiw of a case tryed at a County Court held at Boston January 1666 wherein Judgement was giuen against the said Brackett & Brattle as guardians vnto the said John Hands in the sume of two hundred six pounds six shillings & three halfe penny & due Damages according to Attachm$^t$ Dated the 25th of January 1671 . . . the Jurie . . . found for the Defend$^t$ costs of Court which was eight shillings & nine pence.

### BRACKETT &c v. KENT

Peter Brackett & Thomas Brattle as aboues$^d$ plantiffs against William Kent Defend$^t$ in an Action of the case for withholding the third part & better of Rent due for the howse that the said Kent Liveth in beeing to the vallue of tenn or Eleuen pounds in Money & Due Damages according to Attachm$^t$ Dated the 25th of January 1671 . . . the Jurie . . . found for the plantiffe Eleuen pounds in money & costs of Court twenty three shillings & two pence.

Execucion Issued y$^e$ 15th of y$^e$ 1st m$^o$ 16$\frac{71}{72}$ for 12$^{li}$ 3$^s$ 2$^d$ [18]

### SAUAGE v. SMITH

Thomas Sauage Jun$^r$ plantiff against Cap$^t$ James Smith Defend$^t$ in an Action of reveiw of a Case tryed at a County Court held at Boston for thirty six pounds due for the said Smiths wiues passage & his Childrens from England according to Attachm$^t$ Dated the 10th of January 1671 . . . the Jurie . . . found for the plantiff twenty sixe pounds in money & costs of Court which was thirty six shillings & fowre pence.